UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMIE LOUGH,

    Plaintiff,

v.

RITA JUANITA MOCK-PIKE,

    Defendant.

Case No. 18-cv-1384-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In an order dated September 28, 2018 (Doc. 15), the Court dismissed plaintiff Jimmie Lough's Third Amended Complaint without prejudice for failure to state a claim, but it allowed him a chance to amend his pleading by October 19, 2018. The Court further warned Lough that if he failed to file an amended pleading in a timely manner, the Court would dismiss this case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and would enter judgment accordingly.

Lough has not filed an amended pleading as allowed by the Court. Further, he failed to appear at an October 9, 2018, scheduling conference before Magistrate Judge Donald G. Wilkerson (Doc. 16). Therefore, as it warned it would do in its September 28, 2018, order, the Court finds Lough has failed to prosecute this case, **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 23, 2018**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**