UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMIE LOUGH,

    Plaintiff,

v.

RITA JUANITA MOCK-PIKE,

    Defendant.

Case No. 18-cv-1384-JPG-DGW

## **JUDGMENT**

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 23, 2018**       **MARGARET M. ROBERTIE, Clerk of Court**

                                                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**